# IN THE SUPREME COURT OF THE STATE OF NEVADA

TYRONE TRAYLOR,
                             Appellant,
                    vs.
THE STATE OF NEVADA,
                             Respondent.

No. 80377

**FILED**

FEB 04 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction and an amended judgment of conviction. Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on March 26, 2019, and the amended judgment of conviction on July 11, 2019. Appellant did not file the notice of appeal, however, until January 3, 2020, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, this court lacks jurisdiction to consider this appeal, and

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.          _____, J.
Stiglich                              Silver

20-04777

cc: Hon. Kathleen E. Delaney, District Judge
Tyrone Traylor
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk